IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BOGDAN CHEREVKO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-25-CV-00928-FB |
| | § | |
| ERNST & YOUNG, LLP, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Report and Recommendation of United States Magistrate Judge (ECF No. 84) recommending that Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal (ECF No. 68) be denied, along with Plaintiff's written objections (ECF Nos. 86 & 87) thereto.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a *de novo* review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether it is clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

On the other hand, any Report and Recommendation to which objection is made requires *de novo* review by the Court. Such a review means that the Court will examine the entire record, and will make an independent assessment of the law. The Court need not, however, conduct a *de novo* review when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987).

The Court has thoroughly analyzed Plaintiff's submissions in light of the entire record. As required by Title 28 U.S.C. § 636(b)(1)(c), the Court has conducted an independent review of the entire record in this cause and has conducted a *de novo* review with respect to those matters raised by the objections. After due consideration, the Court concludes the objections lack merit.

The Magistrate Judge recommends that Plaintiff's motion to proceed *in forma pauperis* on appeal be denied. As set forth in the Report and Recommendation, Plaintiff again raises meritless arguments made in his previous filings and fails to address the Court's basis for the dismissal–that Plaintiff refused to follow Court orders and prosecute his case in accordance with them. This Court agrees that Plaintiff has not met his burden to establish a nonfrivolous basis for his appeal, *see* Fed. R. App. P. 24(a); 28 U.S.C. § 1915(a)(3), and further certifies that Plaintiff's appeal is not taken in good faith. Accordingly, Plaintiff's motion to proceed *in forma pauperis* is denied. This order does not bar Plaintiff from pursuing his appeal, only from proceeding without paying the fees typically assessed on all litigants seeking further review of their claims.

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge (ECF No. 84) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal (ECF No. 68) is DENIED.

It is so ORDERED.

SIGNED this 27th day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE